UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:25-CR-00144-DJH
                                                                                    -Filed Electronically-

LAZARO JAVIER CHAVIANO BARROSO, et al.                                          DEFENDANTS

## MOTION FOR LEAVE TO SEAL

Comes the United States of America, by counsel, and hereby moves the Court pursuant to Local Rule 49.4 for leave to file sealed documents. United States requests that the corporate disclosure statements be filed under seal in this matter. In support of its Motion, the United States states that the Corporate Disclosures include the identity of the victim in a criminal matter and thus should be excluded from the public record.

KYLE G. BUMGARNER
United States Attorney

*s/ Nicole S. Elver*
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-6893
Email: nicole.elver@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, and I will provide a copy of the sealed documents to counsel of record via electronic mail.

                                            s/ *Nicole S. Elver*
                                            Nicole S. Elver